**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| ANDERSON AND DUBOSE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| DAVIS INTERNATIONAL, INC., *et al.,* ) | |
| ) | CASE NO.:  4:11-cv-00950 |
| Defendants. ) | |
| ) | |

### DAVIS INTERNATIONAL, INC.'S MOTION FOR PARTIAL DISMISSAL OF CLAIMS AGAINST ESI DESIGN SERVICES, INC.

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the Settlement Agreement and Mutual Release, Defendant/Counterclaim Plaintiff Davis International, Inc. ("Davis") hereby moves for dismissal, with prejudice, all of its claims against Counterclaim Defendant ESI Design Services, Inc. ("ESI"), each party to bear its own costs and attorneys' fees.  A sample Order partially dismissing Davis' claims against ESI is attached hereto for this Court's convenience.

This Motion for Partial Dismissal does ***not*** request or operate as a dismissal of the counterclaims of Davis against Anderson and DuBose, Inc. ("Anderson") or Jones Lang LaSalle Americas, Inc. ("JLL").  Any and all other counterclaims alleged by Davis against Anderson or JLL remain pending at this time, and are not affected by this Motion for Partial Dismissal.

Respectfully submitted,

/s/ Audra J. Zarlenga
Audra J. Zarlenga (0065903)
*Audra.Zarlenga@ThompsonHine.com*
Jennifer S. Roach (0074143)
*Jennifer.Roach@ThompsonHine.com*
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, Ohio  44114-1291
Phone:   (216) 566-5500
Fax:      (216) 566-5800

*Attorneys for Defendant/Counterclaim Plaintiff Davis International, Inc.*

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was filed electronically on this 9th day of February, 2012. Notice of such filing will be made electronically by way of the Court's electronic notification system and parties may access the filing through the Court's system.

/s/ Audra J. Zarlenga
*One of the Attorneys for Defendant*
*Davis International, Inc.*