# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ANDERSON AND DUBOSE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DAVIS INTERNATIONAL, INC., *et al.,* <br><br> Defendants. <br><br> ──────────────────── <br><br> DAVIS INTERNATIONAL, INC., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> ANDERSON AND DUBOSE, INC., et al., <br><br> Counterclaim Defendants. | CASE NO.: 4:11-cv-00950-BYP <br><br> JUDGE BENITA Y. PEARSON <br><br> **COUNTERCLAIM DEFENDANT ESI's MOTION TO DISMISS ITS CROSS-CLAIMS AGAINST ANDERSON AND DUBOSE, INC. AND JONES LANG LASALLE AMERICAS, INC.** |

Counterclaim Defendant and Cross-Claim Plaintiff ESI Design Services, Inc. ("ESI") hereby moves this Court, pursuant to Fed. R. Civ. P. 41(a)(2), for an Order dismissing all its cross-claims against both cross-claim defendants, Anderson and Dubose, Inc. and Jones Lang LaSalle Americas, Inc.

A form Order is attached for the Court's convenience.

Respectfully submitted this 9 day of March, 2012.

/s/Steven J. Solomon
Robert F. Bodi (OH Bar 0072539)
Una L. Lauricia (OH Bar 0074759)
Steven J. Solomon (OH Bar 0076876)
PEARNE & GORDON LLP
1801 East 9th Street, Suite 1200
Cleveland, Ohio 44114
Telephone: (216) 579-1700

1

        Facsimile: (216) 579-6073
        *rbodi@pearne.com*
        *ulauricia@pearne.com*
        *ssolomon@pearne.com*

        *Attorneys for Counterclaim Defendant*
        *ESI Design Services, Inc.*

Case: 4:11-cv-00950-BYP Doc #: 59 Filed: 03/09/12 2 of 3. PageID #: 522

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing **COUNTERCLAIM DEFENDANT ESI's MOTION TO DISMISS ITS CROSS-CLAIMS AGAINST ANDERSON AND DUBOSE, INC. AND JONES LANG LASALLE AMERICAS, INC.** is being filed electronically via the Court's CM/ECF system on the date indicated below. Notice of this filing will be sent to counsel by operation of the Court's system.

Date: March 9, 2012

                                          /s/Steven J. Solomon
                                          Robert F. Bodi
                                          Una L. Lauricia
                                          Steven J. Solomon

                                          *Attorney for Counterclaim Defendant*
                                          *ESI Design Services, Inc.*